McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Patrick Fredette, #207284
  *patrick.fredette@mccormickbarstow.com*
Christopher Ryan #294854
  *christopher.ryan@mccormickbarstow.com*
Jennifer Nerone, *admitted pro hac vice*
  *jennifer.nerone@mccormickbarstow.com*
7647 North Fresno Street
Fresno, California 93720
Telephone:  (559) 433-1300
Facsimile:   (559) 433-2300

Attorneys for The Insurance Company of
the State of Pennsylvania

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA,<br><br>          Plaintiff,<br><br>     v.<br><br>7 STAR LOGISTICS, INC., et al.,<br><br>          Defendants. | Case No. 2:22-cv-03067-SPG-AS<br><br>Judge Sherilyn Peace Garnett<br>Magistrate Judge Alka Sagar<br><br>**NOTICE OF TENTATIVE SETTLEMENT** |
| 7 STAR LOGISTICS, INC., et al.,<br><br>          Third-Party Plaintiff,<br><br>     v.<br><br>MERCER INSURANCE COMPANY, et al.,<br><br>          Third-Party Defendants. | |

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
312 Walnut Street
Cincinnati, OH 45202

NOTICE OF TENTATIVE SETTLEMENT

| | |
|---|---|
| 1 | TT CLUB MUTUAL INSURANCE LTD, |
| 2 | Plaintiff in Intervention, |
| 3 | v. |
| 4 | MERCER INSURANCE COMPANY, |
| 5 | |
| 6 | Defendant in Intervention. |

7

8    COMES NOW, Plaintiff/Counter-Defendant The Insurance Company of the

9  State of Pennsylvania ("ISOP"), and hereby notifies the Court that ISOP, Defendants/

10  Counter-Plaintiffs/Third-Party Plaintiffs/Cross-Defendants 7 Star Logistics, Inc.,

11  Three Countries Logistics, Inc., Miguel Rodriguez and Victor Cruz, Defendant/

12  Cross-Complainant Mediterranean Shipping Company, S.A., Defendant/Third-Party

13  Defendant/Defendant-in-Intervention Mercer Insurance Company, Third-Party

14  Defendants Edgewood Partners Insurance Company DBA Epic Insurance Brokers &

15  Consultants and Christina Deanne Busam, and Plaintiff-in-Intervention TT Club

16  Mutual Insurance Ltd. (collectively, "Parties"), reached a tentative settlement to

17  resolve all claims by and between them. The Parties therefore request the Court hold

18  in abeyance any ruling on the pending motions before the Court.

19    The Parties are working on the settlement papers and, unless the Court instructs

20  otherwise, ISOP will provide a status report to the Court of the settlement no later

21  than November 22, 2024, which is 30 days after the date of this Notice of Tentative

22  Settlement.

23

24

25

26

27

28

1    Dated:  October 23, 2024          McCORMICK, BARSTOW, SHEPPARD,
2                                      WAYTE & CARRUTH LLP

3
4                                      By:_____/s/ Patrick Fredette_____
5                                              Patrick Fredette
                                               Jennifer Nerone
6                                           Attorneys for Plaintiff
7                                      THE INSURANCE COMPANY OF THE
                                          STATE OF PENNSYLVANIA
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# **PROOF OF SERVICE**

**STATE OF OHIO, COUNTY OF HAMILTON**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Hamilton, State of Ohio. My business address is 312 Walnut Street, Suite 1050, Cincinnati, Ohio, 45202.

On October 23, 2024, I served true copies of the following document(s) described as **NOTICE OF TENTATIVE SETTLEMENT** on the interested parties in this action as follows:

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the State of Ohio that the foregoing is true and correct.

Executed on October 23, 2024, at Cincinnati, Ohio.

*/s/Alex Hicks*
Alex Hicks

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
312 WALNUT STREET
CINCINNATI, OH 45202

NOTICE OF TENTATIVE SETTLEMENT