McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Patrick Fredette, #207284
  *patrick.fredette@mccormickbarstow.com*
Christopher Ryan #294854
  *christopher.ryan@mccormickbarstow.com*
Jennifer Nerone, *admitted pro hac vice*
  *jennifer.nerone@mccormickbarstow.com*
7647 North Fresno Street
Fresno, California 93720
Telephone:  (559) 433-1300
Facsimile:   (559) 433-2300

Attorneys for The Insurance Company of the State of Pennsylvania

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA,<br><br>Plaintiff,<br>v.<br><br>7 STAR LOGISTICS, INC., et al.,<br><br>Defendants. | Case No. 2:22-cv-03067-SPG-AS<br><br>Judge Sherilyn Peace Garnett<br>Magistrate Judge Alka Sagar<br><br>**STIPULATED DISMISSAL WITH PREJUDICE** |
| 7 STAR LOGISTICS, INC., et al.,<br><br>Third-Party Plaintiff,<br>v.<br><br>MERCER INSURANCE COMPANY, et al.,<br><br>Third-Party Defendants. | |

| | |
|---|---|
| 1 | TT CLUB MUTUAL INSURANCE LTD, |
| 2 | |
| 3 | Plaintiff in Intervention, |
| | v. |
| 4 | |
| 5 | MERCER INSURANCE COMPANY, |
| 6 | Defendant in Intervention. |

COMES NOW, Plaintiff/Counter-Defendant The Insurance Company of the State of Pennsylvania, Defendants/Counter-Plaintiffs/Third-Party Plaintiffs/Cross-Defendants 7 Star Logistics, Inc., Three Countries Logistics, Inc., Miguel Rodriguez, Rover Properties, LLC and Jorge Cruz, Defendant/Cross-Complainant Mediterranean Shipping Company, S.A., Defendant/Third-Party Defendant/Defendant-in-Intervention Mercer Insurance Company, Third-Party Defendants Edgewood Partners Insurance Company DBA Epic Insurance Brokers & Consultants and Cristina Deanne Busam, and Plaintiff-in-Intervention TT Club Mutual Insurance Ltd. (collectively, "Parties"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), by and through their respective counsel, and hereby stipulate that the Parties have agreed to dismiss with prejudice all claims by and between them. As no further claims remain pending in this litigation, the Parties respectfully request the Court dismiss the lawsuit in its entirety with prejudice.

Dated: January 7, 2025

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By: */s/ Patrick Fredette*
Patrick Fredette
Jennifer Nerone
Attorneys for Plaintiff
THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA

Dated: January 7, 2025

EACH LEGAL, PC

By: */s/ Laura Each*
Laura Each
Attorneys for Defendants 7 STAR LOGISTICS, INC., THREE COUNTRIES LOGISTICS, INC., ROVAR PROPERTIES, LLC, MIGUEL RODRIGUEZ, and JORGE H. CRUZ

Dated: January 7, 2025

COLLIER WALSH NAKAZAWA LLP

By: */s/ Anusha Pillay*
Anusha Pillay
Alan Nakazawa
Attorneys for Defendant
MEDITERRANEAN SHIPPING COMPANY, S.A. and Plaintiff in Intervention TT CLUB Mutual Insurance Ltd.

| | |
|---|---|
| Dated: January 7, 2025 | FORD WALKER HAGGERY AND BEHAR |
| | By: */s/ Aparajito Sen* |
| | Aparjito Sen |
| | Attorneys for Defendant and Third-Party Defendant MERCER INSURANCE COMPANY |
| Dated: January 7, 2025 | LONG & LEVIT LLP |
| | By: */s/ Shane Cahill* |
| | Shane Cahill |
| | Attorneys for Third Party Defendants EDGEWOOD PARTNERS INSURANCE COMPANY DBA EPIC INSURANCE BROKERS and CRISTINA DEANNE BUSAM |

## PROOF OF SERVICE

**STATE OF OHIO, COUNTY OF HAMILTON**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Hamilton, State of Ohio. My business address is 312 Walnut Street, Suite 1050, Cincinnati, Ohio, 45202.

On January 7, 2025, I served true copies of the following document(s) described as **STIPULATED DISMISSAL WITH PREJUDICE** on the interested parties in this action as follows:

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the State of Ohio that the foregoing is true and correct.

Executed on January 7, 2025, at Cincinnati, Ohio.

*/s/Alex Hicks*
Alex Hicks

McCormick, Barstow, Sheppard, Wayte & Carruth LLP
312 Walnut Street
Cincinnati, OH 45202

STIPULATED DISMISSAL WITH PREJUDICE